UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALANA JOSEPH, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF MASSACHUSETTS CHAN MEDICAL SCHOOL,<br><br>　　　　　Defendant. | Case No: 4:23-cv-40120<br><br><br><br>NOTICE OF VOLUNTARY DISMISSAL |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Alana Joseph ("Plaintiff"), by and through her counsel, notices the Court of her voluntary dismissal of her claims against Defendant The University of Massachusetts Chan Medical School ("Defendant") without prejudice. Plaintiff dismisses her claims before Defendant has served either an answer or a motion for summary judgment.

Dated:　　　January 17, 2024

Respectfully submitted,

*/s/ Kevin Laukaitis*
Kevin Laukaitis*
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

*Admitted Pro Hac Vice

*Counsel for Plaintiff Alana Joseph*